IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-92-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER SETTING ASIDE DEFAULT AND** |
| v. | ) | **APPROVING SETTLEMENT AGREEMENT** |
| | ) | |
| $9,940.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Set Aside Entry of Default and Default Judgment and for approval of the Settlement Agreement filed on September 21, 2010. It appearing to the Court that good cause exists to set aside entry of default and default judgment, and that the Settlement Agreement is acceptable, it is hereby

ORDERED AND ADJUDGED that:

1. Entry of Default and Default Judgment is hereby set aside;

2. The Settlement Agreement is approved;

3. The United States is directed to return the amount of $4,970.00 to the claimant, Angel Sorrentini-Leon; and

4. The remainder of the currency is forfeited to the United States, and the United States Marshal is hereby directed to dispose of the defendant according to law.

SO ORDERED this 22 day of ~~July~~ SEPTEMBER, 2010.

LOUISE FLANAGAN
UNITED STATES DISTRICT JUDGE

2